**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fabian ECHEVERRIA–SANCHEZ,
a.k.a. Fabian Echeverria Sanchez,
Defendant–Appellant.**

**No. 14–10416.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 17, 2015.*

Filed May 4, 2015.

Nirav Kaushik Desai, USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Fabian Echeverria–Sanchez, Sacramento, CA, pro se.

Douglas J. Beevers, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Fabian Echeverria–Sanchez appeals from the district court's judgment and challenges his guilty-plea conviction and 96–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Echeverria–Sanchez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Echeverria–Sanchez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.